## Carl W. Kellman, Appellee, v. John W. Tilton and Verdelle Tilton, Appellants.

Gen. No. 9,549.

opinion filed June 28, 1940; rehearing denied September 21, 1940. Steven Helfer, for appellants; Clark H. Countryman, for appellee. Opinion by JUSTICE HUFFMAN. "Not to be published in full."